# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| LAST MUPONDI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>4SSL HOLDINGS, LLC AND MURAD M. MADHANI, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § | CA NO. 4:23-cv-176-SDJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Last Mupondi ("Plaintiff") and Defendants 4SSL Holdings, LLC and Murad M. Madhani, Individually ("Defendants") stipulate and agree that since Plaintiff no longer desires to pursue his claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and that each party shall bear their own fees and costs.

WHEREFORE, Plaintiff and Defendants respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendants in this action with each party bearing their own attorney's fees and costs.

          Respectfully Submitted,

By:    /s/ Douglas B. Welmaker
        Douglas B. Welmaker
        Texas State Bar No. 00788641
        Attorney-in-Charge
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview Texas 75601
        (512) 799-2048 (Direct)
        doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

By:    /s/ Clay A. Hartmann
        Clay A. Hartmann
        Texas State Bar No. 00790832
        Attorney-in-Charge
        THE HARTMANN FIRM, PC
        400 N. ST. PAUL, SUITE 1420
        DALLAS, TEXAS 75201
        214.828.1822 (DIRECT)
        www.thehartmannfirm.com
        Clay.Hartmann@thehartmannfirm.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on September 19, 2023.

        /s/ Douglas B. Welmaker
        Douglas B. Welmaker