UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LAST MUPONDI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>4SSL HOLDINGS, LLC AND MURAD M. MADHANI, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § CA NO. 4:23-cv-176-SDJ |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that any and all allegations, claims, and defenses asserted by and between the Parties in the above-styled and numbered action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and that each party shall bear their own fees and costs.